UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> *Defendant*. | Civil Action No. 23-0046 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's April 25, 2024, Minute Order, Plaintiff Citizens for Responsibility and Ethics in Washington and Defendant U.S. Department of Homeland Security (the "Agency"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1. Plaintiff brings this action under the Freedom of Information Act, 5 U.S.C. § 552, seeking certain records pertaining to allegations that one or more members of the United States Secret Service had communications with known members of the Oath Keepers between August 1, 2020, and January 31, 2021. *See generally* Compl. (ECF No. 1).

2. As previously reported, the Agency initially represented that it had produced all responsive documents. Plaintiff completed its initial review of the production and, on August 7, 2023, provided the Agency, through counsel, with follow-up questions seeking a description of the search undertaken by the Agency to identify potentially responsive records. In response, the Agency did not provide a description of the search, but instead the Agency agreed to conduct a supplemental search.

3. The supplemental searched yielded approximately 100 potentially responsive pages. The Agency completed processing the records and determined that the supplemental search yielded no responsive records.

4. On December 12, 2023, Plaintiff renewed its August 7, 2023, request for additional information about the Agency's search, adding a request for clarification about the Agency's supplemental search. Specifically, Plaintiff requested a "description of the search undertaken by the Agency, including the search terms used in the initial and supplemental search, as well as a confirmation that text/phone records were searched." On January 8, 2024, the Agency provided a description of its search in response to Plaintiff's request.

5. In response, in April 2024, the Plaintiff submitted additional concerns to the Agency regarding the search and information withheld pursuant to FOIA Exemptions 6 and 7(C). The Agency responded with its position that the information was properly withheld under Exemptions 6 and 7(C) because the release of this individual's name could result in retaliation or harassment. Plaintiff intends on contesting the withholdings of this individual's name.

6. In terms of the search, Plaintiff inquired whether the Agency's search included calendar invites and call logs. The Agency informed Plaintiff that the search did indeed include calendar invites. In terms of the call log, the Agency reports that it recently determined that it was able to search call logs for the particular time period at issue, and consequently, the Agency informed Plaintiff on June 24, 2024, that a search for call logs would also be conducted. The Agency needs additional time to complete a supplemental search of possible call logs.

7. To that end, the parties are still discussing whether there are any remaining issues and, if so, determining if the issues can be narrowed or resolved. The parties request additional time to complete the necessary discussions and respectfully propose that they file another Joint

Status Report on or before August 16, 2024, updating the Court of the parties' discussions and if necessary, proposing a briefing schedule.

*   *   *

| | |
|---|---|
| Dated: June 28, 2024 | Respectfully submitted, |
| /s/ Kayvan Farchadi | MATTHEW M. GRAVES, DC Bar # 481051 |
| Kayvan Farchadi | United States Attorney |
| 1331 F Street Suite 900 | |
| Washington, DC 20004 | BRIAN P. HUDAK |
| (202) 921-0701 | Chief, Civil Division |
| Kfarchadi@citizensforethics.org | |
| | /s/ Stephanie R. Johnson |
| *Attorney for Plaintiff* | STEPHANIE R. JOHNSON |
| | DC Bar # 1632338 |
| | Assistant United States Attorney |
| | 601 D Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-7874 |
| | Stephanie.Johnson5@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |