| | |
|---|---|
| **From:** | (b) (6), (b) (7)(C) (PID) |
| **To:** | (b) (6), (b) (7)(C) (BHM) |
| **Cc:** | PID-JTTF; EOBPDL |
| **Subject:** | Oath Keepers in Fayetteville, NC |
| **Date:** | Tuesday, September 15, 2020 11:20:44 AM |

Good Morning (b) (6), (b) (7)(C) as you may recall I am the unofficial liaison to the Oath Keepers (inching towards official). They are primarily retired law enforcement/former military members who are very pro-LEO and Pro Trump. Their stated purpose is to provide protection and medical attention to Trump supporters if they come under attack by leftist groups. Today I received a call from their founder, Stewart Rhodes, stating that they plan to have security details in Fayetteville for POTUS supporters.  He had specific questions and wanted to liaison with our personnel.  His cell phone is (b) (6) .


Respectfully,

SA (b) (6), (b) (7)(C)
PID - Protective Detail Liaison
U.S. Secret Service
O: (b) (6), (b) (7)(C)
C: (b) (6), (b) (7)(C)

| | |
|---|---|
| **From:** | (b) (6), (b) (7)(C) (PID) |
| **To:** | (b) (6), (b) (7)(C) (PID); (b) (6), (b) (7)(C) (PID) |
| **Subject:** | FW: Oath Keepers in Fayetteville, NC |
| **Date:** | Tuesday, September 15, 2020 11:24:00 AM |

See below. This group has a history of being at Trump events and has been briefed before.

**From:** (b) (6), (b) (7)(C) (PID)

**Sent:** Tuesday, September 15, 2020 11:21 AM

**To:** (b) (6), (b) (7)(C) (PID)

**Cc:** PID-JTTF ; EOBPDL

**Subject:** Oath Keepers in Fayetteville, NC

Good Morning (b) (6), (b) (7)(C) as you may recall I am the unofficial liaison to the Oath Keepers (inching towards official). They are primarily retired law enforcement/former military members who are very pro-LEO and Pro Trump. Their stated purpose is to provide protection and medical attention to Trump supporters if they come under attack by leftist groups. Today I received a call from their founder, Stewart Rhodes, stating that they plan to have security details in Fayetteville for POTUS supporters. He had specific questions and wanted to liaison with our personnel. His cell phone is (b) (6) .

Respectfully,

SA (b) (6), (b) (7)(C)

PID - Protective Detail Liaison

U.S. Secret Service

O: (b) (6), (b) (7)(C)

C: (b) (6), (b) (7)(C)

**From:**  (b) (6), (b) (7)(C) (PID)
**To:**  (b) (6), (b) (7)(C) (PPD); (b) (6), (b) (7)(C) (RAL)
**Cc:**  (b) (6), (b) (7)(C) (RAL)
**Subject:**  FW: Oath Keepers in Fayetteville, NC
**Date:**  Tuesday, September 15, 2020 10:16:00 PM

(b) (6), (b) (7)(C) and Mr. (b) (6), (b) (7)(C)

Please see below. I spoke to each of you regarding this group already. Wanted to give an update… while there is no direct impact on our official site, it will have an impact on the area where the attendees park and get on buses.

When I spoke to the PD today, they were aware of them and advised that when they show up at events, there is often a showing of the New Black Panther Party (aka Huey P Newton Gun Club). Both groups know each other and will show up exercising their 2nd Amendment Rights…NC is an Open Carry state. They go off each other's social media and when one shows up, the other usually does. Both groups are present all over the country.

To date, there have been no significant incidents between the two.

I spoke to the individual mentioned below who was looking for guidance on where his people could be to "help make sure event attendees got to and from their cars safely." I advised I couldn't give him specifics about where they but he could find that information when it becomes published on Open Source. I told him they shouldn't be close to the site as it will be covered by our Zones of Protection and Open Carry becomes null and void.

I also advised they should coordinate with FPD who would have a presence at the parking area.

The below email went to a few 14s in PID this morning. I haven't gotten too many questions ab it, as of yet…but I'm preparing for them.

Hit me up w/any additional questions or thoughts.

(b) (6), (b) (7)(C)

U.S. Secret Service
FBI/CTD Liaison
(b) (6), (b) (7)(C)

---

**From:** (b) (6), (b) (7)(C) (PID)
**Sent:** Tuesday, September 15, 2020 11:21 AM
**To:** (b) (6), (b) (7)(C) (PID)
**Cc:** PID-JTTF ; EOBPDL
**Subject:** Oath Keepers in Fayetteville, NC

Good Morning (b) (6), (b) (7)(C) as you may recall I am the unofficial liaison to the Oath Keepers (inching towards official). They are primarily retired law enforcement/former military members who are very pro-LEO and Pro Trump. Their stated purpose is to provide protection and medical attention to Trump supporters if they come under attack by leftist groups. Today I received a call from their founder, Stewart Rhodes, stating that they plan to have security details in Fayetteville for POTUS supporters. He had specific questions and wanted to liaison with our personnel. His cell phone is (b) (6) .

Respectfully,
SA (b) (6), (b) (7)(C)
PID - Protective Detail Liaison
U.S. Secret Service
O: (b) (6), (b) (7)(C)

C: (b) (6), (b) (7)(C)

**From:**        (b) (6), (b) (7)(C)  (PID)
**To:**          OSU-ONDUTY
**Subject:**     FW: Oath Keepers in Fayetteville, NC
**Date:**        Wednesday, September 16, 2020 1:56:23 PM

All,

Are you guys seeing any additional information regarding this information below?

Respectfully,

(b) (6), (b) (7)(C)

c: (b) (6), (b) (7)(C)

---

**From:** (b) (6), (b) (7)(C) (PID)
**Sent:** Tuesday, September 15, 2020 11:21 AM
**To:** (b) (6), (b) (7)(C) (PID)
**Cc:** PID-JTTF ; EOBPDL
**Subject:** Oath Keepers in Fayetteville, NC

Good Morning (b) (6), (b) (7)(C) as you may recall I am the unofficial liaison to the Oath Keepers (inching towards official). They are primarily retired law enforcement/former military members who are very pro-LEO and Pro Trump. Their stated purpose is to provide protection and medical attention to Trump supporters if they come under attack by leftist groups. Today I received a call from their founder, Stewart Rhodes, stating that they plan to have security details in Fayetteville for POTUS supporters. He had specific questions and wanted to liaison with our personnel. His cell phone is

(b) (6)

Respectfully,

SA (b) (6), (b) (7)(C)
PID - Protective Detail Liaison
U.S. Secret Service
O: (b) (6), (b) (7)(C)
C: (b) (6), (b) (7)(C)

**From:**  (b) (6), (b) (7)(C)  (PID)
**To:**  (b) (6), (b) (7)(C)  (PID)
**Subject:**  RE: Oath Keepers in Fayetteville, NC
**Date:**  Wednesday, September 16, 2020 3:30:17 PM

Thank you!
Respectfully,
(b) (6), (b) (7)(C)

c: (b) (6), (b) (7)(C)

**From:** OSU-ONDUTY
**Sent:** Wednesday, September 16, 2020 3:17 PM
**To:** (b) (6), (b) (7)(C) (PID)
**Subject:** Re: Oath Keepers in Fayetteville, NC

(b) (6), (b) (7)(C)
           ards to any specific chatter or event in Fayetteville, NC pertaining to the Oath
Keepers, OSINT research was negative for POTUS' upcoming visit.
General searches revealed news articles that touched on the background of the founder
Stewart Rhodes and the group. Rhodes has denounced White Nationalists ideals while
sharing his dislike for ANTIFA.
Attempts to locate social media profiles for Stewart Rhodes were negative, a possible
Twitter account had been suspended.
Searches also advised they conducted a "security mobilization" for POTUS' visit to Berkeley,
CA in April.
A Facebook article claimed the group is actively recruiting current or former law
enforcement and military. The group claims it is a local community response team for
natural or civil disorders.
with respect,
(b) (6), (b) (7)(C)

**From:** (b) (6), (b) (7)(C) (PID)
**Sent:** Wednesday, September 16, 2020 1:56 PM
**To:** OSU-ONDUTY
**Subject:** FW: Oath Keepers in Fayetteville, NC
All,
Are you guys seeing any additional information regarding this information below?
Respectfully,
(b) (6), (b) (7)(C)

c: (b) (6), (b) (7)(C)

**From:** (b) (6), (b) (7)(C) (PID) <(b) (6), (b) (7)(C) @usss.dhs.gov>
**Sent:** Tuesday, September 15, 2020 11:21 AM
**To:** (b) (6), (b) (7)(C) (PID) <(b) (6), (b) (7)(C) @usss.dhs.gov>
**Cc:** PID-JTTF <PID-JTTF@usss.dhs.gov>; EOBPDL <EOBPDL@usss.dhs.gov>
**Subject:** Oath Keepers in Fayetteville, NC
Good Morning (b) (6), (b) (7)(C) as you may recall I am the unofficial liaison to the Oath Keepers (inching
towards official). They are primarily retired law enforcement/former military members who are very
pro-LEO and Pro Trump. Their stated purpose is to provide protection and medical attention to

Trump supporters if they come under attack by leftist groups. Today I received a call from their founder, Stewart Rhodes, stating that they plan to have security details in Fayetteville for POTUS supporters. He had specific questions and wanted to liaison with our personnel. His cell phone is 

Respectfully,

SA (b) (6), (b) (7)(C)

PID - Protective Detail Liaison

U.S. Secret Service

O: (b) (6), (b) (7)(C)

C: (b) (6), (b) (7)(C)

| | |
|---|---|
| **From:** | (b) (6), (b) (7)(C) (PID) |
| **To:** | OSU-ONDUTY |
| **Cc:** | (b) (6), (b) (7)(C) (RAL); PID-JTTF; (b) (6), (b) (7)(C) (PID) |
| **Subject:** | OSINT Request - Fayetteville, NC |
| **Date:** | Wednesday, September 16, 2020 8:49:36 PM |

OSB,

Please see below request for OSINT related to the visit in Fayetteville on Saturday.

On 9/15/20, the organizer for the group "Oath Keepers" contacted SA (b) (6), (b) (7)(C) as he often does, regarding the visit to Fayetteville. They are primarily retired law enforcement/former military members who are very pro-LEO and Pro Trump. Their stated purpose is to provide protection and medical attention to Trump supporters if they come under attack by leftist groups.

The leader's name is Stewart Rhodes (NRID) and he often contacts SA (b) (6), (b) (7)(C) when their group plans to attend one of our events. SA (b) (6), (b) (7)(C) reached out to me and advised Mr. Rhodes had a couple of questions regarding the visit.

On 9/15/20, I spoke to representatives from the Fayetteville Police Department (FPD) regarding the group. They advised they were aware of the group and that they regularly attended events in the area. FPD further advised that when the Oath Keepers show up at events, quite often members of the local Huey P. Newton Gun Club/New Black Panther Party will also show up. Both groups will show up exercising their 2nd Amendment rights. There have been no significant incidents at any of these events.

FPD provided the below information regarding the Huey P. Newton Gun Club:

Founder – (b) (6) (NRID) – DOB (b) (6)

https://www.facebook.com/HPNGCFayettevilleNC

https://www.facebook.com/(b) (6)

On 9/16/20, I contacted Mr. Rhodes who does not reside in North Carolina. He "conferenced in" some of his North Carolina team members. They wanted to ensure they were not impeding our operational posture during the event and wanted to know where they would be allowed to "operate." I told them I couldn't provide any information regarding the specifics of the site or the location and they should utilize open source to determine where they could be. Their desire is to assist those attending the event make it to and from their cars safely. They are NOT there to demonstrate or push a political agenda. I also advised they should also coordinate w/the FPD.

Could you please conduct social media analysis on the groups and provide any information regarding their plans to attend the event? If you need any additional information from me, please let me know.

Thank you.

(b) (6), (b) (7)(C)

U.S. Secret Service

FBI/CTD Liaison

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C) (cell)

**From:** (b) (6), (b) (7)(C) (PID)
**To:** (b) (6), (b) (7)(C) (PPD); (b) (6), (b) (7)(C) (TSD); (b) (6), (b) (7)(C) (SOD); (b) (6), (b) (7)(C) (TSD); (b) (6), (b) (7)(C) (CLT); (b) (6), (b) (7)(C) (CID); (b) (6), (b) (7)(C) (PPD); (b) (6), (b) (7)(C) (PPD); (b) (6), (b) (7)(C) (PPD); (b) (6), (b) (7)(C) (SOD); (b) (6), (b) (7)(C) (TSD); (b) (6), (b) (7)(C) (PPD); (b) (6), (b) (7)(C) (PPD); (b) (6), (b) (7)(C) (SOD); (b) (6), (b) (7)(C) (PPD); (b) (6), (b) (7)(C) (UDF); (b) (6), (b) (7)(C) (UDS); (b) (6), (b) (7)(C) (RAL); (b) (6), (b) (7)(C) (RAL); (b) (6), (b) (7)(C) (RAL); (b) (6), (b) (7)(C) (RAL); (b) (6), (b) (7)(C) (CLT)
**Subject:** OSINT Request - Fayetteville, NC
**Date:** Thursday, September 17, 2020 8:33:08 AM
**Attachments:** Huey P Newton Gun Club OSINT (b) (7)(C)

---

All,

Please see below in reference to the stuff I mentioned last night in our countdown.

As of now, there is no indication, on Social Media, that the Huey P Newton Gun Club plans to attend the event. We will keep you posted if that changes.

Thanks and hit me up w/any questions.

(b) (6), (b) (7)(C)

U.S. Secret Service

FBI/CTD Liaison

(b) (6), (b) (7)(C)

---

**From:** OSU-ONDUTY
**Sent:** Thursday, September 17, 2020 8:20 AM
**To:** (b) (6), (b) (7)(C) (PID)
**Cc:** OSU-ONDUTY
**Subject:** RE: OSINT Request - Fayetteville, NC

SA (b) (6), (b) (7)(C),

On 09/16/20, OSINT was requested related to President Trump's visit to Fayetteville, NC on 09/19/20.

OSINT was conducted on (b) (6) (NRID).

The Facebook account was located, (b) (6) (NRID) / (NRID). The account contained no content related to the President's visit to Fayetteville. The account contained pro-gun content, commentary on racism in the US, and news articles about politics. (b) (6)

(b) (6)

No PI content was discovered at this time.

Google, public records, and social media searches yielded negative results for additional accounts at this time.

OSINT was conducted on the **Huey P. Newton Gun Club** (NRID).

**Huey P. Newton Gun Club Fayetteville, NC** (NRID) / **HPNGCFayettevilleNC** (NRID). The account self-reported "promoting gun rights, self-Defense and disaster preparedness in all melanated communities throughout the United States." (sic). The account contained posts about guns, racism, natural disasters, self-defense, and videos of (b) (6) speaking about current events. The account self-reported a phone number, **800-317-1319** (NRID), email address **hpngc910@mail.com** (NRID), and blog. The account contained no content related to the President's visit to Fayetteville. No PI content was discovered at this time.

The blog, **http://hueypnewtongunclub.wordpress.com** (NRID), contained information about the groups involvement in demonstrations self-reported a PayPal for donations. The account contained no content related to the President's visit to Fayetteville. No PI content was discovered at this time.

The PayPal was located, **Huey P. Newton Gun Club** (NRID) / **hpngc** (NRID). The account contained no content related to the President's visit to Fayetteville. No PI content was discovered at this time.

A Facebook search revealed an additional Facebook profile for a Raleigh chapter of the group, **Huey P Newton Gun Club – Raleigh, NC Chapter** (NRID) / **Huey-P-Newton-Gun-Club-Raleigh-NC-Chapter-100616911700347**. The account contained similar content to the Fayetteville chapter, including videos of (b) (6) . The account self-reported an email address, **hpngc919@gmail.com** (NRID). The account contained no content related to the President's visit to Fayetteville. No PI content was discovered at this time.

OSINT research for **New Black Panther Party (RID)** in Fayetteville and Raleigh, NC, yielded negative results.

Please see attached.


Thank you,

(b) (6), (b) (7)(C)

OSU/PID

U.S. Secret Service

_____

**From:** (b) (6), (b) (7)(C) (PID)
**Sent:** Wednesday, September 16, 2020 8:50 PM
**To:** OSU-ONDUTY <OSU-ONDUTY@usss.dhs.gov>
**Cc:** (b) (6), (b) (7)(C) (RAL) (b) (6), (b) (7)(C) @usss.dhs.gov>; PID-JTTF <PID-JTTF@usss.dhs.gov>; (b) (6), (b) (7)(C) (PID) (b) (6), (b) (7)(C) @usss.dhs.gov>
**Subject:** OSINT Request - Fayetteville, NC

OSB,

Please see below request for OSINT related to the visit in Fayetteville on Saturday.

On 9/15/20, the organizer for the group "Oath Keepers" contacted SA (b) (6), (b) (7)(C) as he often does, regarding the visit to Fayetteville. They are primarily retired law enforcement/former military members who are very pro-LEO and Pro Trump. Their stated purpose is to provide protection and medical attention to Trump supporters if they come under attack by leftist groups.

The leader's name is Stewart Rhodes (NRID) and he often contacts SA (b) (6), (b) (7) when their group plans to attend one of our events. SA (b) (6), (b) (7) reached out to me and advised Mr. Rhodes had a couple of questions regarding the visit.

On 9/15/20, I spoke to representatives from the Fayetteville Police Department (FPD) regarding the group. They advised they were aware of the group and that they regularly attended events in the area. FPD further advised that when the Oath Keepers show up at events, quite often members of the local Huey P. Newton Gun Club/New Black Panther Party will also show up. Both groups will show up exercising their 2nd Amendment rights. There have been no significant incidents at any of these events.

FPD provided the below information regarding the Huey P. Newton Gun Club:

Founder – (b) (6) (NRID) – DOB (b) (6)

https://www.facebook.com/HPNGCFayettevilleNC
https://www.facebook.com/(b) (6)

On 9/16/20, I contacted Mr. Rhodes who does not reside in North Carolina. He "conferenced in" some of his North Carolina team members. They wanted to ensure they were not impeding our operational posture during the event and wanted to know where they would be allowed to "operate." I told them I couldn't provide any information regarding the specifics of the site or the location and they should utilize open source to determine where they could be. Their desire is to assist those attending the event make it to and from their cars safely. They are NOT there to

demonstrate or push a political agenda. I also advised they should also coordinate w/the FPD. Could you please conduct social media analysis on the groups and provide any information regarding their plans to attend the event? If you need any additional information from me, please let me know.

Thank you.

(b) (6), (b) (7)(C)

U.S. Secret Service

FBI/CTD Liaison

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C) (cell)